BLAKE G. HALL, ESQ. (*Admitted pro hac vice*)
SAM L. ANGELL, ESQ. (*Admitted pro hac vice*)
HALL ANGELL & ASSOCIATES, LLP
1075 S Utah Avenue, Suite 150
Idaho Falls, Idaho 83402
Telephone (208) 522-3003
Fax (208) 621-3008
*ISB Nos. 2434 and 7012*
bgh@hasattorneys.com
sla@hasattorneys.com

Stephen F. Noel, Esq.
SMITH KNOWLES PC
2225 Washington Blvd, Ste 200
Ogden, UT 84401
Email: snoel@smithknowles.com

Attorneys for Defendants Oneida County, Oneida County Sheriff's Office, Sheriff Jeff Semrad, and Detective Patsy Sherman

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| NEHEMIAH MCFARLIN and ATOATASI FOX,<br><br>                      Plaintiffs,<br><br>v.<br><br>BOX ELDER COUNTY; BOX ELDER COUNTY SHERIFF'S OFFICE; ADAM WALKER, individually; JUSTIN ZILLES, individually; STEVEN BERRY, individually; Z. MOORE, individually; SHANE NEBEKER, individually; L. MAUGHAN, individually; ONEIDA COUNTY; ONEIDA COUNTY SHERIFF'S OFFICE; SHERIFF JEFF SEMRAD, individually; DETECTIVE PATSY SHERMAN, individually; and JOHN and JANE DOES I-X, individually,<br><br>                      Defendants. | Case No. 1:18-cv-00156-DAK<br><br>**STIPULATION FOR DISMISSAL BETWEEN PLAINTIFF ATOATASI FOX AND DEFENDANTS ONEIDA COUNTY, ONEIDA COUNTY SHERIFF'S OFFICE, SHERIFF JEFF SEMRAD, AND DETECTIVE PATSY SHERMAN** |

STIPULATION FOR DISMISSAL - 1

COME NOW Plaintiff, ATOATASI FOX, and Defendants, ONEIDA COUNTY, ONEIDA COUNTY SHERIFF'S OFFICE, SHERIFF JEFF SEMRAD, and DETECTIVE PATSY SHERMAN, by and through counsel of record, and hereby stipulate and agree that ATOATASI FOX's claims against these Defendants should be dismissed with prejudice, with each party to bear its own costs and attorney fees.

Dated this 24th day of April, 2019.

                HALL ANGELL & ASSOCIATES, LLP

                ___/S/ Blake G. Hall_____
                BLAKE G. HALL, Attorneys for Oneida County Defendants

Dated this 24th day of April, 2019.

                MAY, RAMMELL & THOMPSON

                ___/S/ Bron Rammell_____
                BRON RAMMELL, Attorneys for Plaintiff Atoatasi Fox