R. Blake Hamilton (Utah Bar No. 11395)
Ashley M. Gregson (Utah Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 S. Main Street, Suite 2400
Salt Lake City, UT  84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
bhamilton@djplaw.com
agregson@djplaw.com

ATTORNEYS FOR BOX ELDER COUNTY DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## NORTHERN DIVISION

| | |
|---|---|
| NEHEMIAH MCFARLIN, and ATOATASI FOX,<br><br>Plaintiffs,<br><br>v.<br><br>BOX ELDER COUNTY; BOX ELDER COUNTY SHERIFF'S OFFICE; ADAM WALKER; JUSTIN ZILLES; SHANE NEBEKER; STEVEN BERRY; Z. MOORE; L. MAUGHAN; ONEIDA COUNTY; ONEIDA COUNTY SHERIFF'S OFFICE; SHERIFF JEFF SEMRAD; DETECTIVE PATSY SHERMAN; JOHN AND JANE DOES I-X,<br><br>Defendants. | **BOX ELDER COUNTY DEFENDANTS' REQUEST TO SUBMIT FOR DECISION RE:**<br><br>**1) BOX ELDER COUNTY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS, AND**<br><br>**2) PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>**\*ORAL ARGUMENT REQUESTED\***<br><br>Civil No.: 1:18-cv-00156-DAK<br><br>Judge Dale A. Kimball |

Pursuant to DUCivR 7-3, Defendants Box Elder County, Box Elder County Sheriff's

Office, Sergeant Steven Berry, Detective Zachary Moore, and Lawrence Maughan (collectively

"Box Elder County Defendants"), by and through counsel, hereby submit for decision 1) their

Motion for Judgment on the Pleadings (Dkt. No. 28), and 2) Plaintiffs' Motion for Leave to

Amend Complaint (Dkt. No. 31).  The Box Elder County Defendants state the following with respect to the pending motions:

### Box Elder County Defendants' Motion for Judgment on the Pleadings

1. The Box Elder County Defendants filed their Motion for Judgment on the Pleadings on May 22, 2019 (Dkt. No. 28).

2. Plaintiffs filed their response on June 19, 2019 (Dkt. No. 32).

3. The Box Elder County Defendants filed their reply memorandum on July 12, 2019 (Dkt. No. 41).

### Plaintiffs' Motion for Leave to Amend Complaint

1. Plaintiffs filed their Motion for Leave to Amend Complaint on June 19, 2019 (Dkt. No. 31).

2. The Box Elder County Defendants filed their response on July 12, 2019 (Dkt. No. 42).

3. Plaintiffs filed their reply memorandum on July 26, 2019 (Dkt. No. 45).

### Hearing

The Box Elder County Defendants request a hearing on the aforementioned motions at the Court's earliest convenience.  Pursuant to DUCivR 7-1(f), the Box Elder County Defendants submit that good cause exists to set oral argument on these motions because the motions contain overlapping issues, and if they are decided in Box Elder County Defendants' favor, they would dispose of all claims asserted against the Box Elder County Defendants.  A hearing will assist the Court in its consideration of the factual positions and legal arguments of the parties contained in the legal memoranda listed above.

DATED this 15th day of October, 2019.

          **DURHAM JONES & PINEGAR, P.C.**

          /s/ R. Blake Hamilton
          R. Blake Hamilton
          Ashley M. Gregson
          ATTORNEYS FOR BOX ELDER
          COUNTY DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served this 15th day of October, 2019, via electronic filing upon the following:

Daniel L. Steel (6336)
Grant M. Sumsion (6445)
SUMSION STEELE & CRANDALL
545 E. University Parkway, Suite 200
Orem, Utah 84097
Telephone: (801) 426-6888
dan@sumsionsteele.com
grant@sumsionsteele.com
*Attorneys for Plaintiffs*

Bron Rammell
MAY RAMMELL & WELLS
216 W. Whitman St.
Pocatello, ID 83204
bron@mrtlaw.net
*Attorney for Plaintiffs*

Blake G. Hall
Sam L. Angell
HALL ANGELL & ASSOCIATES, LLP
1075 S. Utah Ave., Suite 150
Idaho Falls, Idaho 83402
bgh@hasattorneys.com
sla@hasattorneys.com
*Attorneys for Oneida County Defendants*

Stephen F. Noel
SMITH KNOWLES PC
2225 Washington Blvd., Ste. 200
Ogden, Utah 84401
snoel@smithknowles.com
*Attorney for Oneida County Defendants*

Case 1:18-cv-00156-DAK-CMR Document 63 Filed 10/15/19 Page 5 of 5

5

Darin B. Goff
Assistant Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856 [X] Email
Salt Lake City, Utah 84114-0856
E-mail: dgoff@agutah.gov
*Attorney for Utah Highway Patrol Defendants*

                                                                         /s/ Marissa Beaty
                                                                         Legal Assistant

SLC_4556899.1