DARIN B. GOFF (11355)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail:  dgoff@agutah.gov

*Attorneys for Defendants Adam Walker, Justin Zilles and Shane Nebeker*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NEHEMIAH MCFARLIN and ATOATSI FOX<br><br>                           Plaintiff,<br>v.<br><br>BOX ELDER COUNTY; BOX ELDER COUNTY SHERIFFS OFFICE; ADAM WALKER; JUSTIN ZILLES; STEVEN BERRY; Z. MOORE; SHANE NEBEKER; L. MAUGHAN; ONEIDA COUNTY; ONEIDA COUNTY SHERIFF'S OFFICE; SHERIFF JEFF SEMRAD; DETECTIVE PATSY SHERMAN; JOHN and JANE DOES 1-10.<br>                           Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS UTAH HIGHWAY PATROL DEFENDANTS**<br><br>Case No. 1:18-cv-00156<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecelia M. Romero |

This Court, having reviewed the Stipulated Motion to Dismiss the Utah Highway Patrol Defendants, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Claims against Defendants Adam Walker, Justin Zilles and Shane Nebeker are dismissed from this action, with prejudice, with each party to bear its own attorney's fees and costs.

DATED this 17th day of December 2019.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

_____
Dale A. Kimball, U.S. District Judge

APPROVED AS TO FORM:


 /s/  Bron Rammell
Bron Rammell
MAY, RAMMELL & WELLS, CHTD
*Attorney for Plaintiffs*
*Signed with permission via email*