Daniel L. Steele (6336)
Grant M. Sumsion (6445)
SUMSION STEELE & CRANDALL
545 E, University Parkway, Suite 200
Orem, UT 84097
Telephone: (801) 426-6888
Email: dan@sumsionsteele.com
       grant@sumsionsteele.com

Bron Rammell (ID State Bar No. 4389)
Andrew Hart (ID State Bar No. 10714)
MAY, RAMMELL & WELLS, CHARTERED
216 W. Whitman
P.O. Box 370
Pocatello, Idaho 83204-0370
Email: bron@mrwlaw.net
Email: andrew@mrwlaw.net

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| NEHEMIAH MCFARLIN and ATOATASI FOX,<br><br>             Plaintiffs,<br><br>vs.<br><br>BOX ELDER COUNTY; BOX ELDER COUNTY SHERIFF'S OFFICE; ADAM WALKER, individually; JUSTIN ZILLES, individually; STEVEN BERRY, individually; Z. MOORE, individually; SHANE NEBEKER, individually; L. MAUGHAN, individually; ONEIDA COUNTY; ONEIDA COUNTY SHERIFF'S OFFICE; SHERIFF JEFF SEMRAD, individually; DETECTIVE PATSY SHERMAN, individually; and JOHN and JANE DOES I-X, individually,<br><br>             Defendants. | Case No.1:18-cv-00156-DAK-CMR<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT BY NEHEMIAH MCFARLIN**<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT BY NEHEMIAH MCFARLIN – Page 1

COMES NOW Plaintiff, Nehemiah McFarlin, through counsel, and pursuant to Federal Rule of Civil Procedure 68, hereby accepts the offer of Box Elder County, Box Elder County Sheriff's Office, Steven Berry, Zachary Moore, Lawrence Maughahn, Austin Bowcutt, Dale Ward, and Sheriff Kevin Potter (collectively the "Box Elder County Defendants"), in the sum of **five thousand, one hundred, dollars ($5,100), plus reasonable attorney fees, costs, and interest.**

This acceptance is made for the purpose specified in Rule 68. Pursuant to F.R.C.P. 68(a) either party may file the Offer and the Notice of Acceptance, plus proof of service, after which the clerk must enter judgement in the amount stated.

Dated: January 18, 2019                                         MAY, RAMMELL & WELLS, CHTD.

                                                                                        */s/ Andrew N. Hart*
                                                                                        ANDREW N. HART
                                                                                        Attorneys for Plaintiffs

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT BY NEHEMIAH MCFARLIN –
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on this date I forwarded a copy of the foregoing to the following persons in the manner indicated:

| | |
|---|---|
| Blake Hamilton<br>Ashley M. Gregson<br>Ryan M. Stephens<br>Durham Jones & Pinegar, P.C.<br>111 South Main Street, Suite 2400<br>Salt Lake City, UT 8411<br>bhamilton@djplaw.com<br>agregson@djplaw.com<br>rstephens@djplaw.com | ☐ U.S. Mail<br>☐ Facsimile:  (208) 621-3008<br>☐ Hand Delivered<br>☒ Email<br>☐ CM/ECF |

Dated:  January 18, 2020        MAY, RAMMELL & THOMPSON, CHTD.


*/s/ Andrew N. Hart*
ANDREW N. HART
Attorneys for Plaintiffs

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT BY NEHEMIAH MCFARLIN – Page 3