Daniel L. Steele (6336)
Grant M. Sumsion (6445)
SUMSION STEELE & CRANDALL
545 E, University Parkway, Suite 200
Orem, UT 84097
Telephone: (801) 426-6888
Email: dan@sumsionsteele.com
grant@sumsionsteele.com

Bron Rammell (ID State Bar No. 4389)
Andrew Hart (ID State Bar No. 10714)
MAY, RAMMELL & WELLS, CHARTERED
216 W. Whitman
P.O. Box 370
Pocatello, Idaho 83204-0370
Email: bron@mrwlaw.net
Email: andrew@mrwlaw.net

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| NEHEMIAH MCFARLIN and ATOATASI FOX,<br><br>Plaintiffs,<br><br>vs.<br><br>BOX ELDER COUNTY; BOX ELDER COUNTY SHERIFF'S OFFICE; ADAM WALKER, individually; JUSTIN ZILLES, individually; STEVEN BERRY, individually; Z. MOORE, individually; SHANE NEBEKER, individually; L. MAUGHAN, individually; ONEIDA COUNTY; ONEIDA COUNTY SHERIFF'S OFFICE; SHERIFF JEFF SEMRAD, individually; DETECTIVE PATSY SHERMAN, individually; and JOHN and JANE DOES I-X, individually,<br><br>Defendants. | Case No.1:18-cv-00156-DAK-CMR<br><br>**RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiffs Nehemiah Mcfarlin and Atoatasi Fox hereby respond to the Court's *Order to Show Cause* as follows:

1. After the Court ordered Plaintiffs to file an Amended Complaint, but before the Court issued its order to show cause, Plaintiffs settled their case with Box Elder County and the Box Elder County Defendants. The settlements resolved the case with the exception of Plaintiff's attorneys fees and costs, which are reserved. That settlement is reflected in the Offer of Judgment and Acceptance of Office of Judgment now filed with the court.

2. Additionally, Plaintiff Nehemiah McFarlin has since settled his claims against Oneida County and the Oneida County Defendants. The Parties are currently working on written agreement and stipulation to dismiss. Once the issue of Plaintiff's fees and costs are resolved, this case will be complete.

3. When Plaintiffs' counsel spoke with the Magistrate Court's clerk on or around January 25, 2020, he was told that filing the offer of judgment would be sufficient to respond to the Order to Show cause.

Wherefore, Plaintiff requests that this court withhold further action and not dismiss this case until the matter of Plaintiff's attorney's fees and costs are resolved and the settlement with Oneida County and the Oneida County Defendants is completed.

DATED this 3rd day of February, 2020.

MAY, RAMMELL & WELLS, CHTD.
*Attorneys for Plaintiffs*


/s/ Andrew N. Hart
ANDREW N. HART

# CERTIFICATE OF SERVICE

I certify that on this date a copy of the foregoing was served on the following named person(s) at the address(es) shown and in the manner indicated:

| | |
|---|---|
| Blake G. Hall<br>Sam L. Angell<br>Hall Angell & Associates<br>1075 S. Utah Ave., Suite 150<br>Idaho Falls, Idaho 83402<br>Telephone: (208) 522-3003<br>Email: bgh@hasattorneys.com<br>sla@hasattorrneys.com | ☐ U.S. Mail<br>☐ Facsimile:<br>☐ Hand Delivered<br>☐ Email<br>☒ CM/ECF |
| R. Blake Hamilton<br>Ashley M. Gregson<br>Durham Jones & Pinegar<br>111 South Main Street, Suite 2400<br>Salt Lake City, UT 84111<br>bhamilton@djplaw.com<br>agregson@djplaw.com | ☐ U.S. Mail<br>☐ Facsimile:<br>☐ Hand Delivered<br>☐ Email<br>☒ CM/ECF |

DATED this 3rd day of February, 2020.

By: /s/ Andrew N. Hart
ANDREW N. HART